UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE ANTHONY CIANCHETTA,

Plaintiff,

v.

DANIEL P. DRISCOLL,

Defendant.

No. 2:25-cv-00958-DAD-SCR (PS)

ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT'S MOTION TO DISMISS

(Doc. Nos. 9, 16)

Plaintiff Kyle Anthony Cianchetta is proceeding *pro se* in the above-captioned civil action in which he asserts claims under Title VII for employment discrimination. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302.

On August 26, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss or in the alternative to transfer venue (Doc. No. 9) be denied. (Doc. No. 16.) Specifically, the magistrate judge concluded that because the alleged unlawful employment practice occurred in California, under Title VII venue was proper in any of California four federal districts including this one. (*Id.* at 2–8.) That conclusion was in keeping with that reached by the undersigned and other judges of this court. (*Id.* at 8.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

1

8–9.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 26, 2025 (Doc. No. 16) are adopted in full;

2. Defendant's motion to dismiss or to transfer for improper venue (Doc. No. 9) is denied; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 13, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2