UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ANTHONY CIANCHETTA, Plaintiff, v. DANIEL P. DRISCOLL, Defendant. | No. 2:25-cv-0958 DAD SCR<br><br>ORDER |

Plaintiff seeks the production of three documents Defendant is withholding under the Privacy Act of 1974, 5 U.S.C. § 552a. The parties presented their positions on this dispute through a joint letter, ECF No. 31, pursuant to the Court's procedures for informal resolution of discovery disputes. The Court held an informal telephonic discovery conference on August 18, 2026, at which Plaintiff represented himself and Defendant was represented by Kelli Taylor.

Disclosure of information otherwise protected under the Privacy Act is authorized "pursuant to the order of a court of competent jurisdiction." 5 U.S.C. § 552a(b)(11). Based on the parties' positions and the representation that Imad Slaiwa—the individual whose Privacy Act rights are at issue—received notice, the Court finds that disclosure is warranted. While the Court notes the representation that Mr. Slaiwa objects to the disclosure, the apparent relevance of the documents and the applicability of the Protective Order (ECF Nos. 28, 30) weigh in favor of disclosure.

Accordingly, the court **ORDERS** that Defendant disclosure the following to Plaintiff within seven (7) days: (1) the AR 15-6 preliminary inquiry dated August 25, 2022 (11 pages); (2) attachments to that inquiry dated August 3 and 12, 2022 (15 pages); and (3) the February 14, 2023 letter to Mr. Slaiwa (4 pages). Plaintiff shall treat those documents as "Confidential Information" pursuant to the Protective Order (ECF Nos. 28, 30).

DATED: August 18, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE