ERIC GRANT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Daniel P. Driscoll,
Secretary of the United States Army

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KYLE A. CIANCHETTA,

Plaintiff,

v.

DANIEL P. DRISCOLL, Secretary of the United States Army,

Defendant.

Case No. 2:25-cv-00958-DAD-SCR

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER

The parties hereby stipulate to a brief extension of the deadlines in the Court's scheduling order. Good cause exists for this request so that the parties can participate in the scheduled December 9, 2026, settlement conference with Judge Peterson without having to incur the time and expense of completing all percipient discovery before that date.

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Close of fact discovery | December 18, 2026 | February 19, 2027 |
| Plaintiff's expert disclosures | January 15, 2027 | March 19, 2027 |
| Defendant's expert disclosures | February 12, 2027 | April 23, 2027 |
| Rebuttal expert disclosures | March 5, 2027 | May 7, 2027 |
| Close of expert discovery | April 2, 2027 | June 11, 2027 |
| Last day to file dispositive motions | June 3, 2027 | July 30, 2027 |
| Final pretrial conference | TBD | TBD |
| Trial | TBD | TBD |

The parties have been working diligently and cooperatively to conduct discovery but believe this brief extension of time may foster settlement discussions in this case.

IT IS SO STIPULATED:

Dated: October 9, 2026

ERIC GRANT
United States Attorney

By: */s/ Kelli L. Taylor*
KELLI L. TAYLOR
Assistant United States Attorney

Attorneys for Defendant
DANIEL P. DRISCOLL, Secretary of the United States Army

Dated: October 8, 2026

By: */s/ Kyle A. Cianchetta*
KYLE A. CIANCHETTA

Plaintiff, pro se

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court's Scheduling Order is modified as follows:

| Event | Deadline |
|---|---|
| Close of fact discovery | February 19, 2027 |
| Plaintiff's expert disclosures | March 19, 2027 |
| Defendant's expert disclosures | April 23, 2027 |
| Rebuttal expert disclosures | May 7, 2027 |
| Close of expert discovery | June 11, 2027 |
| Last day to file dispositive motions | July 30, 2027 |
| Final pretrial conference | TBD |
| Trial | TBD |

All other dates and provisions of the Court's Scheduling Order not modified herein remain in effect.

IT IS SO ORDERED.

DATED: October 13, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE